## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY HASH, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) Case No. 1:20-cv-01321-RLM-MJD ) |
| FIRST FINANCIAL BANCORP, formerly known as MAINSOURCE BANK, | ) ) ) ) |
| Defendant. | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Gregory Hash, by counsel, under Federal Rule of Civil Procedure 23(e)(1), respectfully moves the Court for the entry of a Preliminary Approval Order that: (1) grants preliminary approval to the proposed class action Settlement Agreement and Release, attached as Exhibit 1 to the Declaration of Lynn A. Toops (the "Settlement"); (2) certifies the Class for purposes of notice and appoints Plaintiff as Class Representative and his counsel as Class Counsel; (3) approves and directs that Notice of the proposed Settlement be given to the Class in the form and manner set forth in the Settlement; (4) sets deadlines for Class members to object to, or opt out of, the Settlement; and (5) schedules a final approval hearing on the Settlement.

Plaintiff has submitted a memorandum and declaration in support of this motion and has tendered a proposed Preliminary Approval Order. Defendant does not object to the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Preliminary Approval Order.

Dated: June 25, 2021

Respectfully submitted,

s/Lynn A. Toops
Lynn A. Toops
Lisa M. LaFornara
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46220
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

Jeffrey D. Kaliel
KALIEL GOLD PLLC
1875 Connecticut Ave. NW 10th Floor
Washington, D.C. 20009
jkaliel@cohenandmalad.com

John Steinkamp
JOHN STEINKAMP & ASSOCIATES
5214 East St., Suite D1
Indianapolis, IN 46227
john@johnsteinkampandassociates.com

*Counsel for Plaintiff and the proposed Settlement Class*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*s/ Lynn A. Toops*
Lynn A. Toops