# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| GREGORY HASH, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| -v- | ) Case No. 1:20-cv-01321-RLM-MJD ) |
| FIRST FINANCIAL BANCORP, formerly known as MAINSOURCE BANK, | ) ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, Gregory Hash, by counsel, under Federal Rule of Civil Procedure 23(e)(2), respectfully moves the Court for the entry of a Final Approval Order that grants final approval to the proposed class action Settlement Agreement and Release, ECF No. 80-1, resolving this litigation. Plaintiff has submitted a memorandum and declarations in support of this motion and has tendered a proposed Final Approval Order. Defendant does not object to the relief requested in this motion and the deadline for Class Members to object passed on October 15, 2021, and no Class Member objected.

WHEREFORE, Plaintiff respectfully requests that the Court enter the Final Approval Order.

Dated: October 29, 2021

Respectfully submitted,

s/Lynn A. Toops
Lynn A. Toops
Lisa M. LaFornara
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46220
ltoops@cohenandmalad.com
llafornara@cohenandmalad.com

>Jeffrey D. Kaliel
>KALIEL GOLD PLLC
>1875 Connecticut Ave. NW 10th Floor
>Washington, D.C. 20009
>jkaliel@cohenandmalad.com
>
>John Steinkamp
>JOHN STEINKAMP & ASSOCIATES
>5214 East St., Suite D1
>Indianapolis, IN 46227
>john@johnsteinkampandassociates.com
>
>*Counsel for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I certify that on October 29, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

>*s/ Lynn A. Toops*
>Lynn A. Toops